UNITED STATES DISTRICT COURT
for the
Western District of North Carolina
____Charlotte___ Division

FILED
CHARLOTTE, NC

MAY 3 0 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

| | |
|---|---|
| Dain Ennals <br><br> *Plaintiff(s)* <br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* <br> -v- <br><br> Aerotek <br><br> *Defendant(s)* <br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. 3:25-CV-365-FDW <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* ✔Yes ☐No |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Dain Ennals |
   | Street Address | 9709 Turning Wheel Dr |
   | City and County | Charlotte  Mecklenburg |
   | State and Zip Code | North Carolilna  28214 |
   | Telephone Number | 9806431798 |
   | E-mail Address | sirdain@gmail.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

    Name — Aerotek
    Job or Title *(if known)* —
    Street Address — 3600 Arco Corporate Dr Suite 600
    City and County — Charlotte   Mecklenburg
    State and Zip Code — NC  28273
    Telephone Number —
    E-mail Address *(if known)* —

Defendant No. 2

    Name —
    Job or Title *(if known)* —
    Street Address —
    City and County —
    State and Zip Code —
    Telephone Number —
    E-mail Address *(if known)* —

Defendant No. 3

    Name —
    Job or Title *(if known)* —
    Street Address —
    City and County —
    State and Zip Code —
    Telephone Number —
    E-mail Address *(if known)* —

Defendant No. 4

    Name —
    Job or Title *(if known)* —
    Street Address —
    City and County —
    State and Zip Code —
    Telephone Number —
    E-mail Address *(if known)* —

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Cam-Ful Inc |
| Street Address | 9800 Industrial Dr |
| City and County | Pineville  Mecklenburg |
| State and Zip Code | NC  28134 |
| Telephone Number | |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

[✓] Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[ ] Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

[ ] Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[✓] Other federal law *(specify the federal law)*: EEO LAWS

[ ] Relevant state law *(specify, if known)*:

[ ] Relevant city or county law *(specify, if known)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- [x] Failure to hire me.
- [x] Termination of my employment.
- [x] Failure to promote me.
- [ ] Failure to accommodate my disability.
- [x] Unequal terms and conditions of my employment.
- [x] Retaliation.
- [ ] Other acts *(specify)*: _____

(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)

B. It is my best recollection that the alleged discriminatory acts occurred on date(s) __3-10-2023 THROUGH 2/2024__

C. I believe that defendant(s) *(check one)*:
- [x] is/are still committing these acts against me.
- [ ] is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:
- [x] race — USE MY RACE AS A WEAPON OR TOOL OF leverage
- [ ] color
- [ ] gender/sex
- [ ] religion
- [ ] national origin
- [ ] age (year of birth) _____ (only when asserting a claim of age discrimination.)
- [ ] disability or perceived disability *(specify disability)* _____

E. The facts of my case are as follows. Attach additional pages if needed.

SEE PAGE III-E, attached

## III. – E

Aerotek was negligent regarding their being an Equal Opportunity Employer as described in their employee agreements/contracts/handbooks etc. When I complained to them, the did not respond in a timely manner as they have done while I was pursuing contract work assignments, as I have fulfilled and exhausted several contract assignments for them since 2015.

Aerotek staff recently used language as 'you didn't have to take the assignment'. Don't blame me? im not gonna go back and forth with you. *Just get your shit done.* Those guys (in construction) can be rough as stated by Dennis, the account manager for the contract I was under and apparently is who Mr, Joyce reports to.

A Recruiter named Donshae Joyce said/asked to me 'ain't Reggie black'? while I complained about the work environment at Cam-Ful inc. I understood this to mean that if reggie is working there, why can't I, being that we're both *black*. I asked for clarity on this and no one ever responded. (I believe they used my 'race' as a weapon here.)

Aerotek never visited the worksite to have a sit down conference about hostile work environment. Reggie, the warehouse manager said he had never met anybody from Aerotek.

Donshae, after much debate and arguing, did reluctantly escalate the concern late in the process to the 'employee relations' department, but they were offsite and long distance I believe in Texas, but I don't think they relayed the information to best interest of my situation or the EOE and after that I was basically marked for termination.

I talked to Dennis on 7/5/2023 only to learn that both parties agreed for me not to return to work at Cam-Ful inc. Dennis said that Amy 'Heidenbreiter' the human resources manager at Cam-Ful, inc said about me that 'she thinks you're a great guy, but there was nothin else they could do *for me'*, I declared to her earlier that day that I just wanted to work in a harassment free workplace after she asked me with the look of disgust yelling 'What do you want?'

Dennis concluded that he would hurry up and find me something (a job), but contrarily, they retaliated and didn't offer any jobs. I only received an email from the around February 2024 which coincided with them being notified that I had filed charges against them with the EEOC.

Aerotek is the worlds largest staffing business and is very aggressive in their recruiting practices . in my experience with them , they call you, email, text you excessively -it was obviously that they were treating me differently since 7/5/2023. I believe that they had blackballed me and didn't want to offer me any jobs after what happened at Cam-Ful, Inc. Donshae knows me well, so well, that he didn't even invite me to the office to re-orientate me policies and procedures declaring, 'you've already been here'.

I first complained to Aerotek on/around 3/20/2023 and they never responded. That was 2 weeks after I started. Had they intervened then, I would have believed that they really pursue the Federal guidelines and statues set forth and that they declare to abide by as an Equal Opportunity Employer.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

IV. **Exhaustion of Federal Administrative Remedies**

    A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

10 - 26 - 2023

    B.    The Equal Employment Opportunity Commission *(check one)*:

        ☒ has not issued a Notice of Right to Sue letter.

        ☐ issued a Notice of Right to Sue letter, which I received on *(date)* _____.

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

    C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

        ☐ 60 days or more have elapsed.
        ☐ less than 60 days have elapsed.

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

$300,000, MAXIMUM PENALTY BY LAW + ANY ADDITIONAL BY COURT

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 5 28 2025

Signature of Plaintiff: *[signed]*
Printed Name of Plaintiff: DAIN ENNALS

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____