**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:25-CV-00365-KDB-MTO**

| | |
|---|---|
| **DAIN ENNALS,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**AEROTEK,**<br><br>**Defendant.** | **MEMORANDUM AND ORDER** |

**THIS MATTER** is before the Court on Defendant's Motion to Dismiss (Doc. No. 22), filed August 20, 2026. The Court has carefully considered this motion and Defendant's memorandum of law in support of the motion. (Doc. No. 22-1). Plaintiff has failed to respond to the Motion, despite the Court issuing a "Roseboro Order" giving Plaintiff an additional 21 days to respond to the Motion and advising him that "failure to respond may result in Defendant being granted the relief Defendant seeks—that is, dismissal of the Complaint." (Doc. No. 24). Therefore, for the reasons stated in Defendant's memorandum in support of its Motion, the Motion will be **GRANTED** and this action dismissed.

**NOW THEREFORE IT IS ORDERED THAT:**

1. Defendant's Motion to Dismiss (Doc. No. 22) is **GRANTED**; and
2. The Clerk is directed to close this matter in accordance with this Order.

**SO ORDERED ADJUDGED AND DECREED.**

Signed: October 27, 2026

Kenneth D. Bell
United States District Judge